

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2025

No. 04-25-00532-CR

**IN RE** Ricardo **RODRIGUEZ**

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justic

Relator filed a petition for writ of mandamus on August 20, 2025 seeking an order directing respondent to hold a hearing on a motion for reduction of sentence that he allegedly filed. Relator has not provided an appendix or mandamus record. Having failed to provide a record, relator has not established that he is entitled to the relief requested. The petition for writ of mandamus is **DENIED**.

It is so **ORDERED** on October 15, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 98-10-00152-CRF, styled *The State of Texas v. Ricardo Rodriguez*, pending in the 218th Judicial District Court, Frio County, Texas, the Honorable Russell Wilson presiding.